**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Patriece Collier, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED: JUNE 24, 2008 |
| v. | ) | No. 08CV3597 |
| | ) | JUDGE ASPEN |
| Jerry M. Salzberg, d/b/a Law Offices of | ) | MAGISTRATE JUDGE KEYS |
| Jerry M. Salzberg, | ) | TG |
| | ) | |
| Defendant. | ) | Jury Demanded |

**COMPLAINT**

Plaintiff, Patriece Collier, brings this action under the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that the

Defendant's debt collection actions violated the FDCPA, and to recover damages for

Defendant's violation of the FDCPA, and alleges:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28

U.S.C. § 1331.

2.      Venue is proper in this District because the acts and transactions occurred

here, Plaintiff resides here and Defendant resides and transacts business here.

**PARTIES**

3.      Plaintiff, Patriece Collier ("Collier"), is a citizen of the State of Illinois,

residing in the Northern District of Illinois, from whom Defendant attempted to collect a

delinquent consumer debt allegedly owed to Sir Finance Corp.

4.      Defendant, Jerry M. Salzberg, d/b/a Law Offices of Jerry M. Salzberg

("Salzberg"), is an Illinois attorney who acts as a debt collector, as defined by § 1692a

of the FDCPA, because he regularly uses the mails and/or telephone to collect, or attempt to collect, directly or indirectly, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois.  In fact, Defendant Salzberg was acting as a debt collector as to the delinquent consumer debt he attempted to collect from Ms. Collier.

### FACTUAL ALLEGATIONS

5.     Many years ago, Ms. Collier entered into a written consumer installment agreement with Sir Finance for a $690 loan; however, due to financial difficulties she defaulted on that loan – making her last payment on November 6, 1996.

6.      Accordingly, Illinois' 10 year statute of limitations for breach of a written contract expired on or about December or 2007.  Nonetheless, Defendant Salzberg filed a collection lawsuit against Ms. Collier on February 27, 2008, in a matter styled: Sir Finance Corp. v. Patriece Collier, Case No. 2008-M1-116364 (Cook County, Illinois)(the "State Court Lawsuit"), in which he claimed that Ms. Collier owed $12,746!  A copy of the State Court Lawsuit is attached as Exhibit 1.

7.     Accordingly, on March 29, 2008, Ms. Collier was forced to pay to file her appearance and filed an answer to the State Court Lawsuit denying that she still owed the debt at issue.  A copy of the answer is attached as Exhibit 2.

8.     When Defendant thereafter did not dismiss the wrongly filed State Court Lawsuit, Ms. Collier was forced to hire attorneys to defend the State Court Lawsuit, and on May 21, 2008, Ms. Collier's attorneys filed a Motion to Dismiss the State Court Lawsuit, a copy of which is attached as Exhibit 3.

9.    Only then did Defendant Salzberg agree to dismiss the wrongly filed State Court Lawsuit, which was dismissed with prejudice on May 27, 2008.  A copy of the dismissal Order is attached as Exhibit 4.

10.    All of Defendant Salzberg's collection actions at issue occurred within one year of the date of this Complaint.

11.    Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard.  See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

**COUNT I**
**Violation Of § 1692e Of The FDCPA --**
**False Statements**

12.    Plaintiff adopts and realleges ¶¶ 1-11.

13.    Section 1692e of the FDCPA prohibits a debt collector from using any false, or any deceptive or misleading representation or means in connection with the collection of a debt.  See, 15 U.S.C. § 1692e.

14.    Defendant's collection actions which violated § 1692e of the FDCPA, include, but are not limited to:

A)    falsely stating the amount of the debt;

B)    filing suit beyond the 10 year statute of limitations for such claims;

15.    Defendant's violation of § 1692e of the FDCPA renders him liable for actual and statutory damages, costs, and reasonable attorneys' fees.  See, 15 U.S.C. § 1692k.

## COUNT II
### Violation Of § 1692f Of The FDCPA --
### Unfair Or Unconscionable Collection Actions

16.    Plaintiff adopts and realleges ¶¶ 1-11.

17.    Section 1692f of the FDCPA prohibits a debt collector from using any unfair or unconscionable means to collect or attempt to collect a debt.  <u>See</u>, 15 U.S.C. § 1692f.

18.    Defendant's collection actions which violated § 1692f of the FDCPA, include, but are not limited to:

      A)    filing the complaint in the State Court Lawsuit, when that suit was clearly time barred; and,

      B)    wrongly stating the amount of the debt.

19.    Defendant's violation of § 1692f of the FDCPA renders him liable for actual and statutory damages, costs, and reasonable attorneys' fees.  <u>See</u>, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, Patriece Collier, prays that this Court:

1.    Declare that Defendants' collection practices violate the FDCPA;

2.    Enter judgment in favor of Plaintiff Collier and against Defendant Salzberg, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA;  and,

3.    Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Patriece Collier, demands trial by jury.

Patriece Collier,


By: /s/ David J. Philipps_____
One of Plaintiff's Attorneys

Dated: June 24, 2008

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

IN THE CIRCUIT COURT OF COOK COUNTY
MUNICIPAL DEPARTMENT, FIRST DISTRICT

SIR FINANACE
Plaintiff

v.

PATRIECE COLLIER        SRF76
Defendant

No.:

Amount: $12,746.47 & costs
Return Date: 03/25/2008

2008116364
CALENDAR/ROOM 1104
TIME 09:30
Breach of Contract

## COMPLAINT

Now comes the Plaintiff, by and through its attorney, Jerry M. Salzberg, and complains of the defendant as follows:

1. That on the ___6TH___ day of ___SEPTEMBER___, ___1996___ for good and valuable consideration the defendant executed and delivered to plaintiff a retail installment loan agreement(s), a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Plaintiff has duly performed all the terms of the agreement on its part to be performed and the defendant has defaulted in payments on said note(s).

3. Plaintiff has sustained damages in the principal sum of . . . . . . . . . . . . . . . . . . . . . . . . $12,396.47

4. That interest has accrued since the date of default in the sum of . . . . . . . . . . . . . . . . . . . . . . . . 0.00

5. That the note allows for reasonable attorney's fees and plaintiff requests the sum of . . . $350.00

6. Although the Plaintiff has duly requested the Defendant(s) to pay the balance remaining due, the Defendant(s) has refused and still refuses to so do.

WHEREFORE, Plaintiff prays for the entry of judgment against the defendant(s) in the sum of $___12,746.47___ plus court costs.

**I, Jerry M. Salzberg, as an attorney and authorized agent for the plaintiff, under the penalties provided by law pursuant to section 1-109 of the Code of Civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.**

**JERRY M. SALZBERG #52633**
P.O. BOX 5718
ELGIN, IL. 60121-5718
Telephone:        773-583-5511
FAX:              773-583-5015

08CV3597

JUDGE ASPEN

MAGISTRATE JUDGE KEYS

TG



EXHIBIT
1

```
≡  [Esc]-Quit  [Ins]-Add  Delete  [F2]-Post  [F7]-Table  Image  More  Help
═ Customer/Loan Info ═══════════════════════════════════════════ Page 1 ═
                                                    Record #  18616
  CUSTOMER INFO                     Reloan No
  Last, First Name  COLLIER                         PATRIECE
  Address           ████████████████████
  City, St*, ZIP    CHICAGO              .IL   60644
  Phone             ████████████     Doc's Needed Ameri Form
  Notes             1/20/97 REPORTED TO CREDIT BUREAU FOR $988.00
                    SENT LTR  11/6/96 PER JVN RESIGED 9/18/96(CS
  Total Due         1338.00             Borrowing Pwr    0.00
  Loan Date         9/06/96             Membership Date  9/06/96
                                        Last Credit Rpt
  LOAN INFO             101             CHAPTE No
  Loan Type            1                Loan Status*   WRITE-OFF      ◄
  Pmt Frequency    EVERY 2 WEEKS        Deduction           52.00
  Pmt Type*        AUTOMATIC      26    Number of Pmts      19
  Bank*, Acct Num  ES  ████████████     Accrue Interest No   (Yes/No)

  Letters           1/20/97   CreditBurea  NORMAS    1/20/97
  (Jump)            1/29/99   CreditBurea  NORMAS    1/29/99

  F1:Lookup  F2:Save  F4:Jump  F5:Notes  F6:History  F7:Transaction  F10:Menu

Customer Info                                          |   Edit   |
```

```
≡  [Esc]-Quit  [Ins]-Add  Delete  [F2]-Post  [F7]-Table  Image  More  Help
═ Customer/Loan Info ═══════════════════════════════════════════ Page 2 ═
  W W  2 S      *  *3L 11**T             Record #  18616
  EMPLOYMENT INFO  ████████████     COLLIER, PATRIECE
  Agency*, Locn*   AMERI◄              Princ. Due         700.00
  Empl. Status*    TERMINATED        + Interest Due       638.00
  Status Date                        + Int Since Pmt        0.00
  Loan Amount         690.00         = TOTAL DUE          1338.00
  Last Pmt/Trans   11/06/96    4/16/98  Amt Received        (1.00)

  TransDate   Transaction*  Principle    Interest     User     Entered
  10/14/96    TRANSFER        658.00       51.00      SYSTEM   10/14/96   **
  11/06/96    ADJUSTMENT       42.00        0.00      CLAUDIAS 11/06/96   **
   1/17/97    ADJUSTMENT        0.00      237.00      NORMAS    1/20/97   **
   4/16/98    ADJUSTMENT        0.00      350.00      NORMAS    4/16/98   **

  F1:Lookup  F2:Save  F4:Jump  F5:Notes  F6:History  F7:Transaction  F10:Menu

Customer Info                                          |   Edit   |
```

LENDER SIR FINANCE CORPORATION

6140 N. LINCOLN AVE. • CHICAGO, IL 60659 • 312-478-1990
2132 S. INDIANA AVE. • CHICAGO, IL 60616 • 312-791-1400

# INSTALLMENT NOTE
## AND DISCLOSURE STATEMENT

NAME AND ADDRESS OF BORROWER

COLLIER, PATRIECE

DATE OF THIS NOTE   9/06/96 # 40          LOAN NO.          BORROWER'S SOCIAL SECURITY NUMBER

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 101% | $298 | $690 | $988 |

Your payment schedule will be:

| No. of Payments | Amount of Payments | Payments are Due Bi-Weekly beginning 9/20/96 |
|---|---|---|
| 19 | $ 52.00 | |

You have the right to receive at this time an itemization of the amount financed
___ I DO _X_ DO NOT want an itemization of the amount financed.

PREPAYMENT: You may pay your loan early without any prepayment penalty. The amount due on prepayment will vary depending upon the unpaid principal balance at the time of prepayment and the date of prepayment. See the Note terms below for additional information regarding default, prepayment, and the computation method for amount due on prepayment.

I HAVE RECEIVED A COPY OF THIS DISCLOSURE STATEMENT. I HAVE ALSO RECEIVED COPIES OF THE LOAN DOCUMENTS BEFORE SIGNING ANY OF THEM.

# INSTALLMENT NOTE

FOR VALUE RECEIVED, the undersigned ("Borrower") promises to pay to the order of SIR FINANCE CORPORATION at 6140 N. Lincoln Avenue, Chicago, Illinois 60659, or at such other place as SIR FINANCE CORPORATION may designate, the principal sum of Six hundred ninety dollars and no/100ths ($690.00) plus interest payable in nineteen (19) consecutive bi-weekly installments of fifty-two and no/100ths dollars ($52.00) each (including principal and interest), beginning fourteen (14) days from the date hereof, with interest at a rate of 101% per annum payable on the principal balance remaining from time to time unpaid. All payments received on this Note shall be applied first to the payment of interest accrued to the date the payment is made and any amount remaining after application to interest shall be applied to the reduction of unpaid principal. Interest after maturity, whether by reason of acceleration, default, or otherwise, shall be due and paid at the rate of 101% per annum until all principal is paid. Interest on this Note will be computed based upon a 365 day year for the actual number of days elapsed.

DEFAULT AND ACCELERATION PROVISION: In case of default in the payment of any installment hereof when due, or institution of any proceeding by or against Borrower under any bankruptcy or insolvency law, or assignment by Borrower for the benefit of creditors, or any execution, attachment, warrant or other process being served on Borrower, or admission by Borrower of Borrower's inability to pay Borrower's debts as they mature, or in case any information provided by Borrower to SIR FINANCE CORPORATION shall be false or misleading at the time made, all obligations of Borrower under this Note shall, at the option of SIR FINANCE CORPORATION, be immediately due and payable. Borrower agrees to pay on demand all costs of collection, legal expenses, and attorneys fees incurred or paid by SIR FINANCE CORPORATION in collecting this Note, all of which will be added to the balance due under this Note.

PREPAYMENT: Borrower may pay this Note in full at any time without premium or penalty. The amount due on prepayment shall be determined by first applying payments received on this Note to the payment of interest accrued to the date of prepayment, and any remaining sums received shall be applied to the unpaid principal.

OTHER TERMS: Borrower, for and on behalf of Borrower and each and every guarantor, endorser and other person or entity from time to time liable for the payment of this Note, (a) consents to deferment and extension of time of payment of this Note without notice, (b) waives to the extent permitted by law, all rights and benefits under 740 ILCS § 155/1 (as amended from time to time), (c) waives diligence on the part of SIR FINANCE CORPORATION, (d) waives any right to receive notice of acceptance of this Note or any such guarantee, of any credit that SIR FINANCE CORPORATION extends to Borrower, of Borrower's default, or of any action whatsoever that SIR FINANCE CORPORATION takes regarding Borrower or any other such obligor, and (e) waives presentment, demand for payment, protest, notice of dishonor and all other demands and notices in connection with the delivery, acceptance, or enforcement of this Note. The construction, validity and enforcement of this Note shall be governed by the laws of the State of Illinois, without regard to the principles of conflicts of laws.

Borrower acknowledges receipt of a duplicate of this instrument before consummation of the loan and agrees that the above disclosure statement is incorporated herein by reference.

WITNESS:                                      BORROWER: X

MB copy

PLAINTIFF: SIR FINANCE

    v.

DEFENDANT: COLLIER PATRIECE

```
====>   CASE NUMBER: 08-M1-116364
====>
====>   CLAIMED $  :   $12,746.47
====>
====>   RETURN DATE: 03/25/2008
====>
====>   COURT DATE : 05/27/2008
====>
====>   ROOM & TIME: 1104   0930
```

APPEARANCE AND JURY DEMAND

GENERAL APPEARANCE  --  0904 - FEE WAIVED

THE LIST BELOW REPRESENTS THE APPEARANCE OF THE DEFENDANT

  COLLIER PATRIECE

X __Patriece (SIGNATURE)__

__ INITIAL COUNSEL OF RECORD     X PRO SE (SELF-REPRESENTED)
__ ADDITIONAL APPEARANCE       __ SUBSTITUTE APPEARANCE

PRO SE CODE: 99500

```
NAME     : COLLIER PATRIECE
ATTY FOR :
ADDRESS  : ████████████
CITY/ST/ZP: ███████████     IL  ██████
TELEPHONE : 000-000-0000
```

```
********************************************************************
*                            IMPORTANT                             *
*                                                                  *
* ONCE THIS APPEARANCE FORM IS FILED, PHOTOCOPIES OF THIS FORM MUST BE SENT  *
* TO ALL OTHER PARTIES NAMED IN THIS CASE(OR TO THEIR ATTORNEYS) USING EITHER *
* REGULAR MAIL, FACSIMILE TRANSMISSION(FAX) OR PERSONAL DELIVERY. (SEE       *
* ILLINOIS SUPREME COURT RULES 11 AND 13 FOR MORE INFORMATION.)             *
********************************************************************
```

I CERTIFY THAT A COPY OF THE WITHIN INSTRUMENT WAS SERVED ON ALL PARTIES WHO
HAVE APPEARED AND HAVE NOT HERETOFORE BEEN FOUND BY THE COURT TO BE IN DEFAULT
FOR FAILURE TO PLEAD.

              _____
                  PRO SE

  DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

3100 - Filed - Misc. Answer
3109 - Answer to Complaint Filed
3110 - Answer and Copy Filed
Answer - Verified (This form replaces CCMD-6A)

Case 1:08-cv-03597   Document 1-3   Filed 06/24/2008   Page 1 of 8

CCM N006-25M-2/28/05(                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Sir Finance Corp

**Plaintiff(s)**

v.

Patrice Collier

**Defendant(s)**

No. 08-M1-116364

Amount Claimed $ 12,746.47

Answer Due 04/04/08

08CV3597
JUDGE ASPEN
MAGISTRATE JUDGE KEYS
TG

### ANSWER

The Defendant(s) say(s) that:

1. yes
2. yes
3. No
4. yes
5. No
6. No

Attorney ___ for Defendant

Address for service _____

Telephone _____

I, Patrice Collier, on oath state that I am the _____
Defendant in the above entitled action. The allegations in this answer are true.

Signed and sworn to before me on March 29, 2008,

Carmen Ruiz

**"OFFICIAL SEAL"**
**CARMEN M. RUIZ**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-11-10

Notary public

**EXHIBIT**
**2**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILL**

≡ Customer/Loan Info ══════════════════════════════ Page 1 ═

```
CUSTOMER INFO                                    Record #  ████
Last, First Name  COLLIER          Reloan No
Address                                          PATRIECE
City, St*, ZIP                     .IL  ████
Phone                              Doc's Needed Ameri Form
Notes             1/20/97 REPORTED TO CREDIT BUREAU FOR $988.00
                  SENT LTR  11/6/96 PER JVN RESIGED 9/18/96(CS
Total Due         1338.00          Borrowing Pwr    0.00
Loan Date         9/06/96          Membership Date  9/06/96
                                   Last Credit Rpt
LOAN INFO             101          CHAPTE No
Loan Type             1            Loan Status*    WRITE-OFF    ◄
Pmt Frequency     EVERY 2 WEEKS    Deduction         52.00
Pmt Type*         AUTOMATIC    26  Number of Pmts    19
Bank*, Acct Num   ES  ████         Accrue Interest No  (Yes/No)
```

```
Letters      1/20/97    CreditBurea  NORMAS    1/20/97
(Jump)       1/29/99    CreditBurea  NORMAS    1/29/99
```

F1:Lookup  F2:Save  F4:Jump  F5:Notes  F6:History  F7:Transaction  F10:Menu

Customer Info                                          | Edit |

≡  [Esc]-Quit  [Ins]-Add  Delete  [F2]-Post   [F7]-Table  Image  More  Help
≡ Customer/Loan Info ══════════════════════════════ Page 2 ═

```
W W 2 S    *    *3L 11**T                        Record #  ████
EMPLOYMENT INFO  ████            COLLIER, PATRIECE
Agency*, Locn*   AMERI◄             Princ. Due       700.00
Empl. Status*    TERMINATED       + Interest Due     638.00
Status Date                       + Int Since Pmt      0.00
Loan Amount         690.00        = TOTAL DUE        1338.00
Last Pmt/Trans   11/06/96   4/16/98  Amt Received     (1.00)
```

```
TransDate   Transaction*  Principle   Interest   User        Entered
10/14/96    TRANSFER       658.00       51.00     SYSTEM      10/14/96  **
11/06/96    ADJUSTMENT      42.00        0.00     CLAUDIAS    11/06/96  **
 1/17/97    ADJUSTMENT       0.00      237.00     NORMAS       1/20/97  **
 4/16/98    ADJUSTMENT       0.00      350.00     NORMAS       4/16/98  **
```

F1:Lookup  F2:Save  F4:Jump  F5:Notes  F6:History  F7:Transaction  F10:Menu

Customer Info                                          | Edit |

**I N S T A L L M E N T   N O T E  AND DISCLOSURE STATEMENT**

NAME AND ADDRESS OF BORROWER

COLLIER,PATRIECE

| DATE OF THIS NOTE | 9/06/96 # 40 | LOAN NO. | 1234-1 | BORROWER'S SOCIAL SECURITY NUMBER |

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 101% | $298 | $690 | $988 |

**PREPAYMENT:** You may pay your loan early without any prepayment penalty. The amount due on prepayment will vary depending upon the unpaid principal balance at the time of prepayment and the date of prepayment. See the Note terms below for additional information regarding default, prepayment, and the computation method for amount due on prepayment.

Your payment schedule will be:

| No. of Payments | Amount of Payments | Payments are Due Bi-Weekly |
|---|---|---|
| 19 | $ 52.00 | beginning 9/20/96 |

You have the right to receive at this time an itemization of the amount financed
___ I DO _X_ DO NOT want an itemization of the amount financed.

I HAVE RECEIVED A COPY OF THIS DISCLOSURE STATEMENT. I HAVE ALSO RECEIVED COPIES OF THE LOAN DOCUMENTS BEFORE SIGNING ANY OF THEM.

## I N S T A L L M E N T   N O T E

FOR VALUE RECEIVED, the undersigned ("Borrower") promises to pay to the order of SIR FINANCE CORPORATION at 6140 N. Lincoln Avenue, Chicago, Illinois 60659, or at such other place as SIR FINANCE CORPORATION may designate, the principal sum of Six hundred ninety dollars and no/100ths ($690.00) plus interest payable in nineteen (19) consecutive bi-weekly installments of fifty-two and no/100ths dollars ($52.00) each (including principal and interest), beginning fourteen (14) days from the date hereof, with interest at a rate of 101% per annum payable on the principal balance remaining from time to time unpaid. All payments received on this Note shall be applied first to the payment of interest accrued to the date the payment is made and any amount remaining after application to interest shall be applied to the reduction of unpaid principal. Interest after maturity, whether by reason of acceleration, default, or otherwise, shall be due and paid at the rate of 101% per annum until all principal is paid. Interest on this Note will be computed based upon a 365 day year for the actual number of days elapsed.

DEFAULT AND ACCELERATION PROVISION: In case of default in the payment of any installment hereof when due, or institution of any proceeding by or against Borrower under any bankruptcy or insolvency law, or assignment by Borrower for the benefit of creditors, or any execution, attachment, warrant or other process being served on Borrower, or admission by Borrower of Borrower's inability to pay Borrower's debts as they mature, or in case any information provided by Borrower to SIR FINANCE CORPORATION shall be false or misleading at the time made, all obligations of Borrower under this Note shall, at the option of SIR FINANCE CORPORATION, be immediately due and payable. Borrower agrees to pay on demand all costs of collection, legal expenses, and attorneys fees incurred or paid by SIR FINANCE CORPORATION in collecting this Note, all of which will be added to the balance due under this Note.

PREPAYMENT: Borrower may pay this Note in full at any time without premium or penalty. The amount due on prepayment shall be determined by first applying payments received on this Note to the payment of interest accrued to the date of prepayment, and any remaining sums received shall be applied to the unpaid principal.

OTHER TERMS: Borrower, for and on behalf of Borrower and each and every guarantor, endorser and other person or entity from time to time liable for the payment of this Note, (a) consents to deferment and extension of time of payment of this Note without notice, (b) waives to the extent permitted by law, all rights and benefits under 740 ILCS § 155/1 (as amended from time to time), (c) waives diligence on the part of SIR FINANCE CORPORATION, (d) waives any right to receive notice of acceptance of this Note or any such guarantee, of any credit that SIR FINANCE CORPORATION extends to Borrower, of Borrower's default, or of any action whatsoever that SIR FINANCE CORPORATION takes regarding Borrower or any other such obligor, and (e) waives presentment, demand for payment, protest, notice of dishonor and all other demands and notices in connection with the delivery, acceptance, or enforcement of this Note. The construction, validity and enforcement of this Note shall be governed by the laws of the State of Illinois, without regard to the principles of conflicts of laws.

Borrower acknowledges receipt of a duplicate of this instrument before consummation of the loan and agrees that the above disclosure statement is incorporated herein by reference.

WITNESS: _____

BORROWER: X_____

**IN THE CIRCUIT COURT OF COOK COUNTY**
**MUNICIPAL DEPARTMENT, FIRST DISTRICT**

|  |  |  |
|---|---|---|
| Sir Finance Corp., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 M 1 116364 |
| Patriece Collier, | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DEFENDANT
### IN SUPPORT OF MOTION TO DISMISS

Defendant, Patrice Collier, being duly sworn upon oath, deposes and states:

1.   I am the named Defendant in this matter and am over the age of 18, and am under no disability. I currently reside at 2314 S. 17th Avenue, 1F, Riverside, Illinois 60546, where I have lived since 2003.

2.   On or about March 21, 2008, I was served with the Complaint in the above-referenced lawsuit, a copy of which is attached to my Motion to Dismiss as Exhibit A.

3.   In the Complaint, the Plaintiff, Sir Finance Corp., claims that I owe to it $12,396.47, plus $350 in attorney's fees relative to an unpaid retail installment loan agreement.

4.   I have not made any payments on the retail installment loan agreement account since 1996, at the latest.

5.   If I was called as a witness in this matter, I could competently testify to the above facts.

FURTHER AFFIANT SAYETH NAUGHT.

**EXHIBIT**

tabbies

*B*

Patriece Collier

Subscribed and sworn to
before me this 21 day
of _May_____, 2008

Notary Public

```
OFFICIAL SEAL
DONNA C PLUGINSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/30/10
```

2

## CERTIFICATE OF SERVICE

I, David J. Philipps, an attorney, certify that I sent a copy of the attached **Defendant's Motion To Dismiss** to the individual listed on the service list below *via* Facsimile and First Class U.S. Mail, postage prepaid, on May 21, 2008, before 5:00 p.m.

David J. Philipps

## SERVICE LIST

**FACSIMILE:**            **(847) 841-1313**
Jerry M. Salzberg
Law Offices of Jerry M. Salzberg
P.O. Box 5718
Elgin, Illinois 60121-5718

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 Facsimile

## FACSIMILE COVER SHEET

TO:     Jerry M. Salzberg
          Law Offices of Jerry M. Salzberg

FAX NO:  (847) 841-1313

FROM:   David J. Philipps

DATE:    May 21, 2008

(inc. cover sheet):  11

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION

♦ ♦ ♦

RE:   Sir Finance Corp. v. Patriece Collier, No. 08 M1 116364

COMMENTS:

Confidentiality Note:
The information contained in this telecopy message is being transmitted to and is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and destroy this telecopy message.

Send
Transaction(s) completed

| No. | TX Date/Time | Destination | Duration | P. # | Result | Mode |
|-----|--------------|-------------|----------|------|--------|------|
| 417 | MAY-21 13:05 | 18478411313 | 0°02'14" | 011 | OK | N  ECM |

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 Facsimile

## FACSIMILE COVER SHEET

TO:        Jerry M. Salzberg
           Law Offices of Jerry M. Salzberg
FAX NO:    (847) 841-1313
FROM:      David J. Philipps
DATE:      May 21, 2008
(inc. cover sheet): 11

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION

♦ ♦ ♦

RE:   Sir Finance Corp. v. Patriece Collier, No. 08 M1 116364

## COMMENTS:

Confidentiality Note:
The information contained in this telecopy message is being transmitted to and is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and destroy this telecopy message.

08CV3597
JUDGE ASPEN
MAGISTRATE JUDGE KEYS
TG

## IN THE CIRCUIT COURT OF COOK COUNTY
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

Sir Finance Corp.,                          )
                                            )
    Plaintiff,                          )
                                            )
    v.                                  )    No.  08 M1 116364
                                            )
Patriece Collier,                           )
                                            )    Judge Burrell
    Defendant.                          )    Room 1104

### DEFENDANT'S MOTION TO DISMISS

Defendant, Patriece Collier ("Collier"), hereby moves this Court, pursuant to 735

ILCS 5/2-619, to dismiss the Complaint filed against her by Sir Finance Corp. ("Sir

Finance").  In support of this Motion, Defendant Collier states:

    1.    A motion to dismiss under 735 ILCS 5/2-619 attacks the legal sufficiency

of a complaint based upon certain defects or defenses.  Specifically, 735 ILCS 5/2-

619(a)(9) provides for involuntary dismissal of a complaint if "the claim asserted against

defendant is barred by other affirmative matter avoiding the legal effect of or defeating

the claim."

    2.    Plaintiff Sir Finance's Complaint is based on an alleged retail installment

loan agreement entered between Ms. Collier and Sir Finance on September 6, 1996.

Sir Finance alleges in its Complaint that Ms. Collier defaulted on the account on

November 6, 1996.  (See, attachment to Complaint at Exhibit A hereto).

    3.    Plaintiff's Complaint must be dismissed, as it was filed long after Illinois'

ten-year statute of limitations, pursuant to 735 ILCS 5/13-206, for a claim based on a

written contract, had expired.

FILED - 5
CLERK OF THE CIRCUIT COURT
FIFTH MUNICIPAL DISTRICT
2000 MAY 21  PM 2: 16
DOROTHY BROWN
CLERK

EXHIBIT
3

4.    In addition, attached is Ms. Collier's affidavit in support of this motion to dismiss setting forth that although she did entered into a retail installment loan agreement with Sir Finance long ago, the account has been in default for more than ten years.  Ms. Collier's affidavit is attached hereto as Exhibit B.

5.    The account's last payment was November 6, 1996, thus Plaintiff would have had to file suit on the alleged account on or before November 6, 2006; Plaintiff Sir Finance, however, did not file suit until February 27, 2008, long after the relevant statute of limitations had run.  Thus, Plaintiff's Complaint is barred by the statute of limitations.

6.    Accordingly, Defendant Collier seeks dismissal of this lawsuit, with prejudice, pursuant to 735 ILCS 5/2-619.

WHEREFORE, Defendant, Patriece Collier, seeks dismissal of this lawsuit with prejudice.

Respectfully submitted,

By: _____
One of Defendant's Attorneys

Dated: May 21, 2008

David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
Cook County Firm No. 37122

SIR FINANACE
Plaintiff

v.

PATRIECE COLLIER     SRF76
Defendant

No.: 20081116364
CALENDAR/ROOM 1104
TIME 09:30
Breach of Contract
Amount: $12,746.47 & costs
Return Date: 03/25/2008

## COMPLAINT

Now comes the Plaintiff, by and through its attorney, Jerry M. Salzberg, and complains of the defendant as follows:

1. That on the ____6TH____ day of ____SEPTEMBER____, ____1996____ for good and valuable consideration the defendant executed and delivered to plaintiff a retail installment loan agreement(s), a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Plaintiff has duly performed all the terms of the agreement on its part to be performed and the defendant has defaulted in payments on said note(s).

3. Plaintiff has sustained damages in the principal sum of . . . . . . . . . . . . . . . . . . . . . . . . .$12,396.47

4. That interest has accrued since the date of default in the sum of . . . . . . . . . . . . . . . . . . . . . 0.00

5. That the note allows for reasonable attorney's fees and plaintiff requests the sum of . . . $350.00

6. Although the Plaintiff has duly requested the Defendant(s) to pay the balance remaining due, the Defendant(s) has refused and still refuses to so do.

WHEREFORE, Plaintiff prays for the entry of judgment against the defendant(s) in the sum of $ ___12,746.47___ plus court costs.

**I, Jerry M. Salzberg, as an attorney and authorized agent for the plaintiff, under the penalties provided by law pursuant to section 1-109 of the Code of Civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.**

JERRY M. SALZBERG #52633
P.O. BOX 5718
ELGIN, IL. 60121-5718
Telephone:     773-583-5511
FAX:     773-583-5015

EXHIBIT
A

Order/Trial Call   (This form replaces CCM1-0643)                CCM N346-50M-8/09/04 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
_____ MUNICIPAL DISTRICT

LINE NO. 79

Sir Finance Corp
v.
Petriece Collier

No. 08-M1-116364
08CV3597
JUDGE ASPEN
MAGISTRATE JUDGE KEYS
TG

Agreed

**TRIAL CALL ORDER**

**Present before the Court:** ☐ Plaintiff(s) ☐ Defendant(s) ☑ Plaintiff(s)' Counsel ☑ Defendant(s)' Counsel
THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,
**IT IS HEREBY ORDERED:**

4213 ☐ Alias Summons to Issue for _____

4292 ☐ Amended Complaint or Petition - Allowed _____

4295 ☐ Close Discovery - Allowed _____

4235 ☐ File Counterclaim or Cross Complaint - Allowed _____

4234 ☐ File Appearance or Jury Demand Answer or Plead Allowed _____

4219 ☐ Defendant _____ is defaulted; cause set for _____

4247 ☐ PROVE-UP on _____ , _____ at _____ a.m./p.m.

4406 ☐ Set for STATUS. All parties must appear _____ , _____ at _____ m. in Room _____

4482 ☐ Set for TRIAL on _____ , _____ at _____ m. in Room _____

8005 ☐ Case Dismissed for Want of Prosecution

8011 ☑ Case Dismissed by Agreement of Parties/No Cost ☑ With ~~out~~ Prejudice

8031 ☐ X-Parte Default Judgment for Plaintiff for $ _____ v. _____
                                                                                    (Defendant)

8001 ☐ Judgment for Plaintiff after trial for $ _____ with costs assessed v. _____
                                                                                    (Defendant)

4293 ☐ Assess Costs - Allowed

8002 ☐ Judgment for Defendant _____ after trial

9207 ☐ it being further agreed that installment payments be made as follows: _____

( ) _____

9208 ☐ Order Final and Appealable

( ) ☐ See Attached Order: _____

4304    The date of _____ is hereby stricken.

Atty. No. 37122
Name: Phillips + Phillips, LTD
Atty. for: Defendant
Address: 9760 S. Roberts Road
City/State/Zip: Palos Hills, Ill. 60465
Telephone: 708-974-2900

ENTERED:

Dated: MAY 2 2008

Judge Anthony L. Burrell
Court 1849

Judge                                Judge's No.

EXHIBIT
4