**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patriece Collier
                      Plaintiff,

v.                                           Case No.: 1:08–cv–03597
                                                         Honorable Marvin E. Aspen

Jerry M. Salzberg
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/26/08: This cause of action is dismissed with leave to reinstate or submit stipulation of dismissal on or before 7/31/08. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.