N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patriece Collier, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 3597 |
| | ) | |
| Jerry M. Salzberg, d/b/a Law Offices of | ) | Judge Aspen |
| Jerry M. Salzberg, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Patriece Collier, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice.

Dated: July 3, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____      ENTERED:


_____
Judge Marvin E. Aspen,
United States District Court

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail.

Jerry M. Salzberg, d/b/a Law Offices of
    Jerry M. Salzberg
c/o Alan I, Ehrenberg
Ehrenberg & Egan, LLC
330 N. Wabash Avenue
Suite 2905
Chicago, Illinois 60611

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com