**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patriece Collier
                    Plaintiff,

v.                                          Case No.: 1:08−cv−03597
                                            Honorable Marvin E. Aspen

Jerry M. Salzberg
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08: Plaintiff having reached a settlement with the defendnat(s) in this cause of action, the case is dismissed with prejudice pursuant to stipulation of of dismissal. Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.